IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
WESTERN DIVISION

| | |
|---|---|
| JEFF JOHLL, | ) |
| | ) |
| Plaintiff, | ) 3:14-cv-00113-slc |
| | ) |
| v. | ) Magistrate Judge Crocker |
| | ) |
| PREMIER RECOVERY GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF DEFAULT

Plaintiff, JEFF JOHLL, has requested that the Clerk of this Court enter a default against Defendant, PREMIER RECOVERY GROUP, INC., pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that Defendant has failed to appear, plead or otherwise defend, the default of Defendant, PREMIER RECOVERY GROUP, INC., is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 2d day of April, 2014.

Peter Oppeneer, Clerk of Court