IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFF JOHLL,

    Plaintiff,

v.

PREMIER RECOVERY GROUP, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 14cv-113-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Jeff Johll's against defendant Premier Recovery Group, Inc. in the amount of $6,549.00.


_Peter Oppeneer_      5/20/14
Peter Oppeneer, Clerk of Court      Date